UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELENA SOLOVEVA JOHNSON,

    Defendant.

DMA Case No.  1:10-MJ-31
EDVA Case No.  2:10-CR-68

---

## ORDER

The sum of $5,000.00 was deposited into the Registry of this Court on May 7, 2010 by the Defendant, Eleva Soloveva Johnson, to secure her appearance to answer to charges pending against her in the U.S. District Court in the Eastern District of Virginia. It is, therefore, now

ORDERED, that the Clerk of the Court is hereby directed to issue a treasury check payable to Clerk, U.S. District Court for the Eastern District of Virginia in the amount of $5,000.00 representing the transfer of said bail deposit.

Dated: October 14, 2010

                                              Hon. Leo T. Sorokin
                                              United States Magistrate Judge